STATE ex rel. FIRST TRUST & SAVINGS BANK, a Florida Corporation, *Relator,* v. J. JULIEN SOUTHERLAND and A. B. SMALL, as Judge of the Civil Court of Record for Dade County, Florida, *Respondents.*

146 So. 567.

Division B.

Decision filed February 14, 1933.

Rehearing denied March 9, 1933.

*Evans, Mershon & Sawyer,* for Relator;

*Shipp, Evans & Kline,* for Respondents.

PER CURIAM.—This is a companion to the foregoing case of the State of Florida ex rel. First Trust & Savings Bank, a Florida Corporation, v. J. Julien Southerland and A. B. Small, as Judge of the Civil Court of Record for Dade County, Florida, (146 So. 566) and is ruled by the judgment

in that case. Therefore, the demurrer to the petition is sustained and the rule to show cause heretofore issued is discharged.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.

·BROWN, J., dissents.